UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BETTY VERDIN                                           CIVIL ACTION

VERSUS

FEDERAL EMERGENCY
MANAGEMENT AGENCY                        NO. 22-00531-BAJ-EWD

## RULING AND ORDER

Plaintiff, who is representing herself, filed a Complaint against the Federal Emergency Management Agency ("FEMA") related to her applications for rental assistance in Hurricane Ida's aftermath. (Doc. 1). On October 3, 2022, the United States Attorney on behalf of FEMA filed a **Rule 12(b)(1) Motion to Dismiss (Doc. 10),** which moves to dismiss Plaintiff's claims without prejudice for lack of subject matter jurisdiction. (*See* Doc. 10-1 at p. 1). The deadline to oppose Defendant's Motion has passed with no opposition from Plaintiff. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 18, the "R&R")**, which recommends that Plaintiff's claims be dismissed without prejudice "because the United States has not waived sovereign immunity for such claims, and, even if it had, the discretionary function exception in § 5148 of the Stafford Act applies, foreclosing [Plaintiff's] claims in this matter." (*See* Doc. 18 at p. 4). Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Having carefully considered Plaintiff's Complaint, Defendant's Motion, and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that **The United States of America's Rule 12(b)(1) Motion to Dismiss (Doc. 10)** be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 31st day of July, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**